**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASPIRE LA HOME HEALTH CARE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC., a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-07621-SVW-Ex<br><br>*Assigned to the Hon. Stephen V. Wilson*<br>Magistrate Judge: Hon. Charles F. Eick<br><br>~~[PROPOSED]~~ **ORDER ON JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed: June 8, 2026<br>Trial date: January 12, 2027 |

The Court, having considered the Joint Stipulation to Dismiss Entire Action With Prejudice filed by Plaintiff ASPIRE LA HOME HEALTH CARE, INC. and Defendant PORSCHE CARS NORTH AMERICA, INC., and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The entire action, including all claims asserted against Defendant Porsche Cars North America, Inc. and against DOES 1 through 20, inclusive, is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Each party shall bear its own attorneys' fees and costs, except as otherwise provided in the parties' written settlement agreement.

3. The Final Pretrial Conference set for January 4, 2027, the jury trial set for January 12, 2027, and all other dates and deadlines in this action are VACATED.

IT IS SO ORDERED.

DATED: November 24, 2026

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE